**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| VirnetX Inc., <br><br> Plaintiff, <br><br> v. <br><br> Apple Inc., <br><br> Defendant. | Civil Action No. 6:11-cv-563 <br><br> Jury Trial Demanded |

## ORDER

Before the Court is Apple's Unopposed Motion For Stay of Proceedings Pursuant to 28 U.S.C. § 1659(a). The Court hereby GRANTS the Motion and stays this civil action until the determination of the International Trade Commission in Investigation No. 337-TA-818 becomes final.

**So ORDERED and SIGNED this 15th day of December, 2011.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**