IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| VirnetX Inc., <br><br> Plaintiff, <br><br> v. <br><br> Apple Inc., <br><br> Defendant. | Civil Action No. 6:11-cv-563 <br><br> Jury Trial Demanded |
| VirnetX Inc. and Science Applications International Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> Apple Inc., <br><br> Defendant. | Civil Action No. 6:12-cv-855 <br><br> Jury Trial Demanded |

**PLAINTIFFS VIRNETX INC. AND SCIENCE APPLICATIONS INTERNATIONAL CORPOATION'S UNOPPOSED MOTION TO CONSOLIDATE**

Pursuant to Federal Rule of Civil Procedure 42(a), Plaintiffs VirnetX, Inc. ("VirnetX") and Science Applications International Corporation ("SAIC") file this Motion to consolidate, for all purposes, *VirnetX, Inc. v. Apple, Inc.*, Civil Action No. 6:11-cv-563 ("the 563 case"), with *VirnetX, Inc. and Science Applications International Corporation v. Apple, Inc.*, Civil Action No. 6:12-cv-855 ("the 855 case"), both of which are pending before this Court.

VirnetX filed its Original Complaint (Dkt. No. 1) in the 563 case on November 1, 2011. Pursuant to an Order entered on December 15, 2011, the proceedings in the 563 case were stayed pending a final determination in an ITC case. *See* Dkt. No. 9.  On November 6, 2012, VirnetX and SAIC filed an Original Complaint in the 855 case regarding new Apple products.  VirnetX

1

and SAIC moved to terminate the ITC case, and on May 21, 2013, the ITC published notice that it was not reviewing the administrative law judge's termination of the ITC case. *See* "Certain Devices with Secure Communication Capabilities, Components Thereof, and Products Containing Same; Commission Determination Not to Review an Initial Determination Denying Respondent's Motion for Sanctions and Granting Complainants' Motion to Terminate the Investigation in Its Entirety; Termination of Investigation," 78 Fed. Reg. 29776-29777 (May 21, 2013). Accordingly, the ITC case is no longer pending. VirnetX and SAIC now seek to consolidate the 563 case with the 855 case.

Under Rule 42(a), a Court may consolidate actions pending before it if the actions involve a "common question of law or fact." Fed. R. Civ. Proc. 42(a). The instant actions involve common questions of both law *and* fact. Both actions assert claims for patent infringement under Title 35 of the United States Code. The patents asserted in both actions matured from a related family of applications. Moreover, VirnetX is accusing common Apple devices and instrumentalities in each action and is alleging a common course of infringing conduct by Apple. Therefore, these actions satisfy the requirement of Rule 42(a), making consolidation appropriate in this instance.

VirnetX's counsel conferred with Apple's counsel who stated that Apple does not oppose consolidation of the 563 case with the 855 case. For at least the reasons stated above, VirnetX respectfully moves this Court to consolidate the 563 case with the 855 case. Additionally, because a trial has already been set in the 855 case, VirnetX respectfully requests that upon consolidation, the 855 case be designated as the lead case.

DATED: June 12, 2013  Respectfully submitted,

**McKOOL SMITH, P.C.**

/s/ *Jason D. Cassady*
Douglas A. Cawley, ***Lead Attorney***
Texas State Bar No. 04035500
E-mail: dcawley@mckoolsmith.com
Rosemary T. Snider
Texas State Bar No. 18796500
Email: rsnider@mckoolsmith.com
Seth R. Hasenour
Texas State Bar No. 24059910
Email: shasenour@mckoolsmith.com
Stacie L. Greskowiak
Texas State Bar No. 24074311
E-mail: sgreskowiak@mckoolsmith.com
Mitchell R. Sibley
Texas State Bar No. 24073097
Email: msibley@mckoolsmith.com
Ryan Hargrave
Texas State Bar No. 24071516
Email: rhargrave@mckoolsmith.com
**MCKOOL SMITH P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Bradley W. Caldwell
Texas State Bar No. 24040630
E-mail: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
E-mail: jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
E-mail: acurry@caldwellcc.com
Daniel R. Pearson
Texas State Bar No. 24070398
Email: dpearson@caldwellcc.com
Hamad M. Hamad
Texas State Bar No. 24061268
E-mail: hhamad@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
1717 McKinney Ave., Suite 700

Dallas, Texas 75202
Telephone: (214) 810-4705
Telecopier: (214) 481-1757

Robert M. Parker
Texas State Bar No. 15498000
Email: rmparker@pbatyler.com
R. Christopher Bunt
Texas State Bar No. 00787165
Email: rcbunt@pbatyler.com
Andrew T. Gorham
Texas Bar No. 24012715 Email:
tgorham@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

**ATTORNEYS FOR PLAINTIFF
VIRNETX INC.**

 /s/      Andy Tindel
Andy Tindel
State Bar No. 20054500
E-mail: atindel@andytindel.com
**PROVOST UMPHREY**
112 E Line, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909
Donald Urrabazo
Email: donaldu@ulawgroup.com
**URRABAZO LAW, P.C.**
2029 Century Park East, Suite 1370
Los Angeles, CA 90067
Telephone: (310) 388-9099
Facsimile: (310) 388-9088

**ATTORNEYS FOR PLAINTIFF
SCIENCE APPLICATIONS
INTERNATIONAL CORPORATION**

## **CERTIFICATE OF SERVICE**

I certify that the counsel of record who are deemed to have consented to electronic service are being served on June 12, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jason D. Cassady*
Jason D. Cassady

## **CERTIFICATE OF CONFERENCE**

I certify that on June 7, 2013, I conferred with counsel for Apple Inc., Drew Kim, who indicated that Apple is not opposed to this Motion.

*/s/ Jason D. Cassady*
Jason D. Cassady
