# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| VIRNETX INC., LEIDOS, INC., <br>     Plaintiffs, <br> v. <br> APPLE INC., <br>     Defendant. | § § § § § § § § § <br> CIVIL ACTION NO. 6:12-CV-00855-RWS <br> LEAD CASE |
| VIRNETX INC., <br>     Plaintiff, <br> v. <br> APPLE INC., <br>     Defendant. | § § § § § § § § § <br> CIVIL ACTION NO. 6:11-CV-00563-RWS <br> MEMBER CASE |

## FINAL JUDGMENT

On this date, the Court entered its Memorandum Opinion and Order denying Defendant Apple Inc.'s Omnibus Motion for Judgment as a Matter of Law under Rule 50(b) and for a New Trial (Docket No. 775) and denying-in-part and granting-in-part VirnetX's Motion for Entry of Judgment and for Equitable and Statutory Relief (Docket No. 774)

A decision having been duly rendered as to all claims and consistent with the Court's Memorandum Opinion and Order, the Court hereby enters **FINAL JUDGMENT**.

The Clerk of the Court is directed to close both the lead and member case.

**So ORDERED and SIGNED this 30th day of August, 2018.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE